Cecil MORRIS v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 2518.

Circuit Court of Appeals, Tenth Circuit.

March 7, 1942.

No appearance for appellant.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure diligently to prosecute.